UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cr-20047-ALTONAGA

UNITED STATES OF AMERICA

vs.

OMAR NARANJO DEL RIO,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Omar Naranjo Del Rio ("Naranjo"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

Between July and November 2023, the Florida-based Triple State Community Inc ("Triple State") fraudulently billed health care benefit programs Medicare and Medicaid for approximately $3,716,437 for durable medical equipment ("DME") that was medically unnecessary and never in fact provided. Medicare and Medicaid paid Triple State approximately $1,212,454 as reimbursement for those claims.

According to claims data, Triple State billed Medicare and Medicaid exclusively for hydrocolloid and collagen dressing purportedly provided to 882 beneficiaries during an approximate four-month period. That data also showed that each of these 882 beneficiaries purportedly saw and were prescribed these surgical dressings by the same physician, Dr. P.A. Law enforcement interviewed Dr. P.A., who stated he had never heard of Triple State or the patients he had supposedly treated there and had not provided the treatments billed by Triple State. Similarly, law enforcement interviewed at least seven individuals who Triple State claimed it had provided DME to, and they each confirmed that they had never heard of Triple State or Dr. P.A. and had

never received or needed surgical dressing. One of those beneficiaries was A.G., an individual who told law enforcement that he never needed or received surgical dressing from Triple State and that he was not a patient of either Triple State or Dr. P.A. On August 4, 2023, however, Triple State submitted a claim for reimbursement to Medicare with Medicare Claim Number 1232167536040000 for hydrocolloid dressing and collagen dressing purportedly provided to A.G. in the amount of $5,316. Triple State also submitted at least 25 claims for individuals who died prior to their purported dates of service by Triple State, according to certified death certificates.

Naranjo served as the owner of Triple State according to Florida state corporate records, bank records, and Medicare enrollment and related paperwork. Naranjo also served as the sole signatory on the Triple State bank account held at Bank of America ending in 3992 that received Medicare money (the "Triple State Account"). The Triple State Account did not have any significant business activity other than receiving Medicare funds and then distributing those funds to other companies. The Triple State Account currently has a balance of $926,564.09 in fraud proceeds on hold.

As part of his role in the scheme, Naranjo directed funds to various other companies he owned and controlled, including Naranjo Energy Roofing Corp., Del Rio Windows and Doors Impact LLC, Naranjo 5 Start Construction LLC, and Efficient Transport Corp. ("Efficient Transport") by writing multiple checks immediately after Medicare deposited funds into the Triple State Account. Naranjo was the sole signatory for each of these other companies' bank accounts. Bank records for each of the above companies show that they did not have other sources of revenue besides fraudulently obtained Medicare money that flowed through the Triple State Account. Efficient Transport held an account at First Horizon bank ending in 3398 that was owned and

controlled by Naranjo, and which received fraudulently obtained Medicare funds as its only significant business activity (the "Efficient Transport Account"). The Efficient Transport Account currently has a balance of $65,361.96 in fraud proceeds on hold. Following his arrest, Naranjo agreed to a recorded, post-*Miranda* interview during which he admitted to creating Triple State and the companies that received funds from it and to making bank transactions to further the fraud.

As a result of Naranjo's knowing and willful participation in the scheme to submit false and fraudulent claims to Medicare and Medicaid, accounts that Naranjo owned and controlled, including the Triple State Account and the Efficient Transport Account, received $1,212,454.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 4/30/24       By: _____
                         WILL J. ROSENZWEIG
                         ASSISTANT UNITED STATES ATTORNEY

Date: 4/30/24       By: _____
                         KATHLEEN ELLEN MOLLISON, ESQ.
                         ATTORNEY FOR DEFENDANT

Date: 4/30/24       By: _____
                         OMAR NARANJO DEL RIO
                         DEFENDANT