UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20047-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**OMAR NARANJO DEL RIO**,

    Defendant.

_____/

**ORDER**

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on May 1, 2024 [ECF No. 26]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 26]** is **AFFIRMED AND ADOPTED**, and Defendant, Omar Naranjo Del Rio's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 6th day of May, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid